IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRISCILLA OSSEWEYER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3613 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| Defendant. | § | |

## **ORDER**

Plaintiff Priscilla Osseweyer is the owner property in Dickinson, Texas, which is located in Galveston County, Texas. Plaintiff inadvertently filed this lawsuit in the Houston Division rather than in the Galveston Division, the division in which Galveston County is located. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Transfer of Venue [Doc. # 3] is **GRANTED** and this case is **TRANSFERRED** to the Galveston Division of the Southern District of Texas.

SIGNED at Houston, Texas, this 18th day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE